CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| Miriam Horn,<br><br>    Plaintiff,<br><br>v.<br><br>Simm Associates, Inc.,<br><br>    Defendant. | Case No. 2:08-cv-04646-DMC-MF<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Alana Carrion*
    Alana Carrion (Bar No. 015172006)
    17 Academy Street, Suite 615
    Newark, NJ 07102
    Tel: 1.866.339.1156
    Fax; 1.312.822.1064
    axc@legalhelpers.com
    *Attorney for Plaintiff*

SO ORDERED /s/ *[signature]*
DENNIS M. CAVANAUGH, U.S.D.J.
3/23/09

1